Associated Fruit Company, appellant, v. Furry Fruit Company, appellee. Gen. No. 26,428.

Suit, begun by attachment, for breach of a contract of sale of a,

carload of apples. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

Wetten, Matthews & Pegler, for appellant; William J. Matthews, of counsel. Schwartz & Schwartz, for appellee; Ulysses S. Schwartz and Charles K. Schwartz, of counsel.

Mr. Justice Matchett delivered the opinion of the court.